# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

**ALAN S. NAAR**
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

August 9, 2016

*Via ECF*

Hon. Lena Dunn Wettre, U.S.D.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Roofers' Pension Fund v. Papa and Perrigo Company PLC
Civil Action No. 2:16-cv-2805 (MCA)(LDW)

Dear Judge Wettre:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company PLC ("Perrigo"), in the above-referenced matter.

We are seeking the *pro hac vice* admission of three attorneys from Fried, Frank, Harris, Shriver & Jacobson LLP on behalf of Perrigo. Enclosed are copies of the following in support of this application:

1. Certification of Alan S. Naar;
2. Certification of James D. Wareham;
3. Certification of James E. Anklam;
4. Certification of Samuel P. Groner;
5. Proposed Order; and
6. Certification of Service.

Counsel for each of the four individuals/groups who are seeing appointment as lead plaintiff have consented to this application. As a result, we have not filed a formal motion.

If the certifications meet with your Honor's approval, kindly enter the Order and have the Clerk's office enter it on the docket.



Hon. Lena Dunn Wettre, U.S.D.J.
August 9, 2016
Page 2

Thank you for your time and cooperation.

Respectfully yours,

Alan S. Naar

ASN:cd
Enclosure
cc:  Michael B. Himmel, Esq. (*w/enc., via ECF*)
    Daniel Sommers, Esq. (*w/enc., via ECF*)
    Peter S. Perelman, Esq. (*w/enc., via ECF*)
    Gary S. Graifman, Esq. (*w/enc., via ECF*)