COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>     vs.<br><br>JOSEPH C. PAPA, et al.,<br><br>                        Defendants. | No. 2:16-cv-02805-MCA-LDW<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF HAREL INSURANCE COMPANY LTD. TO STRIKE OR DISREGARD PORTIONS OF DAN KLEINERMAN'S REPLY BRIEF (AND RELATED EXHIBITS) IN SUPPORT OF HIS MOTION <u>FOR APPOINTMENT AS LEAD PLAINTIFF</u>**

PLEASE TAKE NOTICE that on September 6, 2016, or on such other date and time as the Court may set, Harel Insurance Company Ltd. ("Harel Insurance"), by its counsel, will move this Court for an order striking or disregarding portions of Dan Kleinerman's reply brief (and related exhibits) in support of his motion for appointment as lead plaintiff (as identified with particularity on the proposed form of order submitted herewith). In support of this motion, Harel Insurance submits herewith a memorandum of law.

A proposed form order is submitted herewith.

          COHN LIFLAND PEARLMAN
            HERRMANN & KNOPF LLP
          PETER S. PEARLMAN

          *s/ Peter S. Pearlman*
          PETER S. PEARLMAN

Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*s/ Peter S. Pearlman*
PETER S. PEARLMAN