UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH C. PAPA and PERRIGO COMPANY PLC, <br><br> Defendants. | Civ. A. No. 2:16-cv-02805 MCA-LDW <br><br> CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff Roofers' Pension Fund ("Plaintiff") and Defendants Perrigo Company plc and Joseph Papa ("Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, the above-captioned action (the "Action") is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4;

WHEREAS, in accordance with the PSLRA, counsel for Plaintiff published notice of the pendency of the Action on May 18, 2016;

WHEREAS, pursuant to Section 21D(a)(3)(A) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(A), as amended by the PSLRA, the deadline for any Class member to move for appointment as Lead Plaintiff was July 18, 2016; and

WHEREAS, several motions for appointment of Lead Plaintiff are currently pending;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. By entering this Stipulation, Defendants expressly preserve, all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the timeliness and sufficiency of service of the summons and complaint and the form of the summons. Similarly, by entering into this Stipulation, Plaintiff shall not waive, and expressly preserves all rights, claims and defenses, including, but not limited to, the right to seek to lift the PSLRA's automatic stay of discovery.

2. Defendant Perrigo acknowledges that, on August 15, 2016, it was served with the complaint filed on May 18, 2016 (hereinafter "5/18/2016 Complaint") and the related summons in that action. Defendant Papa acknowledges that, on August 12, 2016, he was served with the 5/18/2016 Complaint and the related summons in that action.

3. The parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the 5/18/2106 Complaint filed in the Action and that Defendants may defer any answer or other response until (i) after an order is entered regarding the Court's appointment of a Lead Plaintiff and approval of Lead Plaintiff's selection of Lead Counsel pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), and (ii) a scheduling order for the filing of a consolidated or amended complaint and Defendants' response thereto is entered by the Court.

4. The parties stipulate and agree that no more than thirty (30) days after the Lead Plaintiff has been appointed and Lead Counsel approved by the Court in accordance with the PSLRA, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of a consolidated or amended complaint and Defendants' response thereto.

Dated: September 1, 2016

| | |
|---|---|
| **LOWENSTEIN SANDLER LLP** | **GREENBAUM ROWE SMITH & DAVIS LLP** |
| /s/ Michael B. Himmel | /s/ Alan S. Naar |
| Michael B. Himmel<br>Michael T.G. Long<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Facsimile: (973) 597-2400<br>mhimmel@lowenstein.com<br>mlong@lowenstein.com | Alan S. Naar<br>99 Wood Avenue South<br>Iselin, New Jersey 08830<br>Telephone: (732) 549-5600<br>Facsimile: (732) 549-1881<br>anaar@greenbaumlaw.com |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>Gerald H. Silk (*pro hac vice*)<br>Avi Josefson (*pro hac vice*)<br>James A. Harrod<br>(*pro hac vice* application pending)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 554-1400<br>Facsimile: (212) 554-1444<br>jerry@blbglaw.com<br>avi@blbglaw.com<br>jim.harrod@blbglaw.com | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**<br>James D. Wareham (pro hac vice)<br>James E. Anklam (pro hac vice)<br>801 17th Street, NW<br>Washington, DC 20006<br>Telephone: (202) 639-7000<br>Facsimile: (202) 639-7003<br>james.wareham@friedfrank.com<br>james.anklam@friedfrank.com<br><br>-and-<br><br>Samuel P. Groner (pro hac vice)<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br>samuel.groner@friedfrank.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Perrigo Company plc* |

3

GIBSON, DUNN & CRUTCHER LLP

/s/ Reed Brodsky

Reed Brodsky
Goutam U. Jois
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
RBrodsky@gibsondunn.com
GJois@gibsondunn.com

*Counsel Defendant for Joseph Papa*

SO ORDERED THIS 6 DAY OF Sept, 2016

Hon. Madeline Cox Arleo
United States District Judge

4