UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH C. PAPA and PERRIGO COMPANY PLC,<br><br>Defendants.<br><br>MICHAEL WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH C. PAPA and PERRIGO COMPANY PLC,<br><br>Defendants. | Civil Action No.<br><br>16-2805 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a motion by movant Harel Insurance Company Ltd. for appointment as lead plaintiff and approval of lead counsel (ECF No. 5), and by way of a motion by movants Migdal Insurance Company Ltd., Migdal Makefet Pension and Provident Fund Ltd., Clal Insurance Company Ltd., Clal Pension and Provident Ltd., Atudot Pension Fund for Employees and Independent Workers Ltd., and Meitav DS Provident Funds (collectively, "the Perrigo Institutional Investor Group") for appointment as

lead plaintiff, approval of lead counsel, and consolidation with all existing and future related cases (ECF No. 6), and by way of a motion movant Dan Kleinerman for appointment as lead plaintiff, approval of lead counsel, and consolidation with all existing and future related cases (ECF No. 7), and by way of a motion by movant Michael Wilson for appointment as lead plaintiff, approval of lead counsel, consolidation specifically with *Wilson v. Papa*, Civ. A. No. 16-4358 (SDW) (LDW),[1] consolidation with all existing and future related cases (ECF No. 9), and by way of a motion by movant Harel Insurance Company Ltd. (ECF No. 29) to strike portions of the reply brief of movant Kleinerman (ECF No. 24); and

**WHEREAS** the Court has reviewd and considered the papers filed variously supporting and opposing these motions (ECF Nos. 5, 6, 7, 8, 9, 11, 17, 18, 19, 20, 23, 24, 25, 26, 29, 33, 42); and

**WHEREAS** the Court placed an oral decision on the record addressing these motions on February 10, 2017;

**IT IS, on this 10th day of February, 2017, ORDERED**, in accordance with the February 10, 2017 oral decision of the Court, that:

1. The motion by the Perrigo Institutional Investor Group for appointment as lead plaintiff, approval of their choice co-lead counsel Pomerantz LLP and Bernstein Litowitz Berger & Grossmann LLP and liaison counsel Lowenstein Sandler LLP, and consolidation of existing and future related cases (ECF No. 6) is **GRANTED**.

---

[1] United States District Judge Madeline Cox Arleo already granted consolidation with this case. (*Wilson v. Papa*, Civ. A. No. 16-4358 (SDW) (LDW), ECF No. 7).

2

2. The other motions seeking appointment as lead plaintiff and approval of counsel (ECF Nos. 5, 7, 9) are **DENIED**.

3. The motion by movant Harel Insurance Company Ltd. (ECF No. 29) to strike portions of movant Kleinerman's reply papers (ECF No. 24) is **DENIED AS MOOT**.

4. The Clerk of the Court shall **TERMINATE** the motions filed as ECF Nos. 5, 6, 7, 9, and 29.

*Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge

Original:    Clerk of the Court
cc:    Hon. Madeline Cox Arleo, U.S.D.J.
    All Parties and Movants