

## Greenbaum Rowe Smith & Davis LLP

### COUNSELORS AT LAW

**METRO CORPORATE CAMPUS ONE**
**P.O. BOX 5600**
**WOODBRIDGE, NJ 07095-0988**
**(732) 549-5600     FAX (732) 549-1881**

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

March 13, 2017

*Via ECF*

Hon. Madeline Cox Arleo, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2060
Newark, NJ 07102

        Re:    **Roofers' Pension Fund v. Papa and Perrigo Company PLC**
                **Civil Action No. 2:16-cv-2805 (MCA)(LDW)**

Dear Judge Arleo:

      We represent defendant Perrigo Company plc in the above-referenced matter.

      On February 10, 2017, the Hon. Leda Dunn Wettre, U.S.M.J., entered an order granting the motion of Perrigo Institutional Investment Group ("PIIG") for appointment as lead plaintiff and approval of their choice of co-lead counsel. Docket Entry 64. We did not learn of the entry of the Court's Order until it was docketed on February 14, 2017.

      Earlier today, Michael Long, Esq., of Lowenstein Sandler, co-counsel for PIIG, and I spoke with your Honor's law clerk, Alex, regarding the timing for the submission of a stipulated schedule for the filing of an amended complaint and the briefing of anticipated motion(s) to dismiss. Pursuant to Paragraph 4 of the Stipulation and Order entered by your Honor on September 6, 2016 (Docket Entry 46), the parties stipulated that 30 days after lead plaintiff and lead counsel were approved by the Court, counsel were to confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

      The parties are currently negotiating the terms of the stipulation and respectfully request that they be permitted to submit the stipulation by Thursday, March 16, 2017, which would be 30 days after February 14, 2017, the date Judge Wettre's Order was docketed. All counsel consent.

Greenbaum Rowe Smith & Davis LLP

Hon. Madeline Cox Arleo, U.S.M.J.
March 13, 2017
Page 2

Thank you for your time and consideration.

Respectfully yours,

Alan S. Naar

ASN:cd
cc:   All counsel of record (*via ecf*)