UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>JOSEPH C. PAPA and PERRIGO CO. PLC,<br><br>*Defendants.* | Civil Action No. 16-2805<br><br>OPINION |

**THIS MATTER** comes before the Court by way of Movant Dan Kleinerman's objection to the Order of the Hon. Leda D. Wettre, U.S.M.J., dated February 10, 2017, which appointed the Perrigo Institutional Investor Group as lead plaintiff and approved their selection of lead counsel, Dkt. No. 69;

and for the reasons set forth in the accompanying Opinion,

**IT IS**, on this 27th day of April, 2017,

**ORDERED** that Judge Wettre's Order dated February 10, 2017 is **ADOPTED**.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**