Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Attorney for Defendant Judy Brown*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>    Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW<br><br>ECF Case<br>Document Electronically Filed |

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in the above-captioned action for defendant Judy Brown.  I certify that I am admitted to practice in this Court.

Dated:  August 21, 2017

              By:  */s/ Brian T. Frawley*
              Brian T. Frawley
              SULLIVAN & CROMWELL LLP
              125 Broad Street
              New York, New York  10004-2498
              Tel:  (212) 558-4000
              Fax:  (212) 558-3588

              *Attorney for Defendant Judy Brown*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW <br><br> ECF Case <br> Document Electronically Filed <br><br> **CERTIFICATE OF SERVICE** |

I, **Brian T. Frawley**, of full age, do hereby declare as follows:

1. On August 21, 2017, I caused the foregoing Notice of Appearance to be served on all counsel of record in the above-captioned matter via the Court's ECF system.

Dated: August 21, 2017

By: _/s/ Brian T. Frawley_
Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Tel:  (212) 558-4000
Fax:  (212) 558-3588

*Attorney for Defendant Judy Brown*