Brian T. Frawley
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

*Attorney for Defendant Judy Brown*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW <br><br> ECF Case <br><br> Document Electronically Filed |

## CERTIFICATION OF MICHAEL P. DEVLIN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Michael P. Devlin, of full age, certify pursuant to Local Civil Rule 101.1(c) as follows:

1. I am an attorney-at-law with the law firm of Sullivan & Cromwell LLP, with offices located at 125 Broad Street, New York, NY 10004.

2. I am duly admitted to the Bar of the State of New York as of May 11, 2011. The office and address of the official maintaining my admission is: Clerk's Office, Appellate Division, Second Judicial Department, 45 Monroe Place, Brooklyn, NY 11201. I am a member of good standing in this court.

3. I am duly admitted to the Bar of the United States District Court for the Southern District of New York as of April 8, 2014. The office and address of the official maintaining my admission is: United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007. I am a member of good standing in this court.

4. I am duly admitted to the Bar of the United States District Court for the Eastern District of New York as of March 21, 2016. The office and address of the official maintaining my admission is: United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201. I am a member of good standing in this court.

5. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6. I will be associated in this matter with Brian T. Frawley of Sullivan & Cromwell LLP, or another attorney associated with Sullivan & Cromwell LLP, who will serve as local counsel of record in this matter, who will be responsible for receiving and signing papers served in this matter, and who will be responsible for my conduct.

7. I will abide by Local Civil Rule 101.1(c).

8. On being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyer's Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a), for any year in which I continue to appear in this matter.

9. On being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the Clerk of the United States District Court in the amount of $150.00 pursuant to Local Civil Rule 101.1(c)(3).

10. I understand that, on admission *pro hac vice*, I am within disciplinary jurisdiction of this Court and agree to notify the Court immediately of any matter affecting my standing at the bars of any other court.

For the foregoing reasons, it is respectfully requested that the Court grant the application of Defendant Judy Brown ("Brown") to have me admitted *pro hac vice* to appear and participate as Brown's counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 21, 2017

By: /s/ Michael P. Devlin
Michael P. Devlin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2498
Tel: (212) 558-4000
Fax: (212) 558-3588

*Attorney for Defendant Judy Brown*