UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>              Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW<br><br>ECF Case<br>Document Electronically Filed<br><br>**Motion Day**: November 20, 2017<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND REQUEST FOR ORAL ARGUMENT** |

      PLEASE TAKE NOTICE that on Monday, November 20, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, defendants Perrigo Company plc, Joseph Papa, Judy Brown, Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerland K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor, by and through their respective counsel, shall move before the Honorable Madeline Cox Arleo, United States District Judge for the District of New Jersey, for an Order dismissing Plaintiffs' Amended Complaint for Violation of the Federal Securities Laws, dated June 21, 2017, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*, and granting such other and further relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that in support of the Motion to Dismiss, these defendants will rely upon the accompanying Memorandum of Law in Support of Motion to Dismiss Amended Complaint, the Declaration of Samuel P. Groner, dated August 21, 2017, with attached exhibits and all pleadings filed with the Court in this matter.

14197950

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that these defendants request oral argument.

Dated: August 21, 2017

Respectfully submitted,

By: _____
Alan S. Naar

GREENBAUM, ROWE, SMITH
 & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, New Jersey 08830
(732) 476-2530
anaar@greenbaumlaw.com

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice*)
One New York Plaza
New York, New York 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Attorneys for Defendant*
 *Perrigo Company plc*

14197950

Dated: August 21, 2017              By: _____/s/ Goutam U. Jois/ASN_____
                                        Goutam U. Jois

GIBSON, DUNN & CRUTCHER LLP
Reed Brodsky (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Goutam U. Jois
200 Park Ave
New York, New York 10166
(12) 351-4000
rbrodsky@gibsondunn.com
awu@gibsondunn.com
gjois@gibsondunn.com

*Attorneys for Defendant Joseph Papa*

Dated: August 21, 2017              By: _____/s/ Brian T. Frawley/ASN_____
                                        Brian T. Frawley

SULLIVAN & CROMWELL LLP
John L. Hardiman (*pro hac vice pending*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice pending*)
125 Broad Street
New York, New York 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Attorneys for Defendants Judy Brown*

Dated: August 21, 2017              By: _____/s/ Jonathan W. Wolfe/ASN_____
                                        Jonathan W. Wolfe

SKOLOFF & WOLFE, PC
Jonathan W. Wolfe
Jane J. Felton
293 Eisenhower Parkway
Livingston, NJ 07039
(973) 232-2988
jwolfe@skoloffwolfe.com

14197950

jfelton@skoloffwolfe.com

MILBANK, TWEED, HADLEY, & McCLOY LLP
Alan J. Stone (*pro hac vice application to be submitted*)
28 Liberty Street
New York, New York 10005
(202) 530-5000
astone@milbank.com

*Attorneys for Defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor*

14197950