# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, et al., | |
| Plaintiff, | Case No. 2:16-cv-02805-MCA-LDW |
| v. | CLASS ACTION |
| JOSEPH C. PAPA, et al., | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF PROCESS AND RESPONSE OF NEW DEFENDANTS** |
| Defendants. | |

Lead plaintiff Perrigo Institutional Investment Group ("Lead Plaintiff") and Defendants Judy Brown, Laurie Brlas, Gary Cohen, Jacqualyn Fouse, Ellen Hoffing, Michael Jandernoa, Gerald Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor hereby agree and stipulate as follows:

WHEREAS, on June 21, 2017, Lead Plaintiff filed its Amended Complaint for Violation of the Federal Securities Laws (Dkt. No. 89) ("Amended Complaint");

WHEREAS, the Amended Complaint retains as defendants Joseph Papa ("Papa") and Perrigo Company, plc ("Perrigo"), who were named in the initial complaint in this action and previously served with process (*see* Dkt. Nos. 31 and 32). In addition, the Amended Complaint names as defendants Judy Brown, Laurie Brlas, Gary Cohen, Marc Coucke, Jacqualyn Fouse, Ellen Hoffing, Michael Jandernoa, Gerald Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor;

WHEREAS, the deadline for defendants Papa and Perrigo to respond to the Amended Complaint is August 21, 2017 (Dkt. No. 79);

WHEREAS, the undersigned firm Fried, Frank, Harris, Shriver & Jacobson LLP is authorized to and has agreed to accept service of process on behalf of Ms. Brown, Ms. Brlas, Mr. Cohen, Ms. Fouse, Ms. Hoffing, Mr. Jandernoa, Mr. Kunkle, Mr. Morris and Mr. O'Connor upon the terms set forth herein. Mr. Coucke is not part of this agreement and Stipulation, and service has not yet been effected upon him.

.

IT IS HEREBY STIPULATED THAT:

1. The undersigned firm Fried, Frank, Harris, Shriver & Jacobson LLP, as agent for service of process, hereby accepts service for Ms. Brown, Ms. Brlas, Mr. Cohen, Ms. Fouse, Ms. Hoffing, Mr. Jandernoa, Mr. Kunkle, Mr. Morris and Mr. O'Connor.
2. The time for Ms. Brown, Ms. Brlas, Mr. Cohen, Ms. Fouse, Ms. Hoffing, Mr. Jandernoa, Mr. Kunkle, Mr. Morris and Mr. O'Connor to respond to the Amended Complaint shall be on or before August 21, 2017.

3.   This Stipulation does not waive any defense or argument, other than a defense regarding the timeliness or sufficiency of service of summons.

Dated: July 27, 2017

**LOWENSTEIN SANDLER LLP**

  __/s/ Michael B.. Himmel_____
Michael B. Himmel
Michael T.G. Long
One Lowenstein Drive
Roseland, New Jersey  07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com

**POMERANTZ LLP**
Jeremy A. Lieberman (*pro hac vice*)
600 Third Avenue
New York, NY  10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

Joshua B. Silverman (*pro hac vice*)
Omar Jafri (*pro hac vice*)
10 South LaSalle Street
Suite 3505
Chicago, Illinois  60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
ojafri@pomlaw.com

**BERNSTEIN LITOWITZ BERGER &**
   **GROSSMAN LLP**
James A. Harrod (*pro hac vice*)
Angus Ni (*pro hac vice*)
Jesse Jensen (*pro hac vice*)
1251 Avenue of the Americas
New York, New York  10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jim.harrod@blbglaw.com
angus.ni@blbglaw.com
jesse.jensen@blbglaw.com

*Counsel for Lead Plaintiff*

**GREENBAUM ROWE SMITH & DAVIS LLP**

  _/s/ Alan S. Naar_____
Alan S. Naar
99 Wood Avenue South
Iselin, New Jersey  08830
Telephone: (732) 549-5600
Facsimile: (732) 549-1881
anaar@greenbaumlaw.com

**FRIED, FRANK, HARRIS, SHRIVER &**
   **JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street, NW
Washington DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
James.wareham@friedfrank.com
James.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice*)
One New York Plaza
New York, New York  10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
samuelgroner@friedfrank.com

*Counsel for Defendant Perrigo Company plc*

SO ORDERED THIS ___ DAY OF _____, 2017

_____
Hon. Madeline Cox Arleo
United States District Judge