Michael G. Bongiorno (*pro hac vice*)
Ryan M. Chabot
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8800 Telephone
212-230-8888 Facsimile
michael.bongiorno@wilmerhale.com
ryan.chabot@wilmerhale.com

*Attorneys for Marc Coucke*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PERRIGO CO., PLC, JOSEPH PAPA, JUDY BROWN, LAURIE BRLAS, GARY M. COHEN, MARC COUCKE, JACQUALYN A. FOUSE, ELLEN R. HOFFING, MICHAEL R. JANDERNOA, GERALD K. KUNKLE, JR., HERMAN MORRIS, JR., and DONAL O'CONNOR,<br><br>Defendants. | Case No. 2:16-cv-02805-MCA-LDW<br><br>ECF Case<br>Document Electronically Filed<br><br>Motion Day: November 20, 2017<br><br>**NOTICE OF DEFENDANT MARC COUCKE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT AND REQUEST FOR ORAL ARGUMENT** |

PLEASE TAKE NOTICE that on Monday, November 20, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant Marc Coucke, by and through his counsel, shall move the Honorable Madeline Cox Arleo, United States District Judge for the District of New Jersey, for an Order dismissing Plaintiffs' Amended Complaint for Violation of the Federal Securities Laws, dated June 21, 2017, pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*, and granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that in support of the Motion to Dismiss, Mr. Coucke will rely on the accompanying Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Amended Complaint.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that Mr. Coucke requests oral argument.

Dated: August 25, 2017    */s/ Ryan M. Chabot*
Ryan M. Chabot
Michael G. Bongiorno (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
212-230-8800 Telephone
212-230-8888 Facsimile

Peter J. Kolovos (*pro hac vice*)
Alexandra C. Boudreau (*pro hac vice*)
Ivan Panchenko (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
617-526-6000 Telephone
617-526-5000 Facsimile

*Attorneys for Marc Coucke*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2017, I caused a copy of the foregoing Notice of Motion to Dismiss Plaintiffs' Amended Complaint to be served via ECF upon counsel of record.

                                        */s/ Ryan M. Chabot*
                                        Ryan M. Chabot