UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PERRIGO CO., PLC, JOSEPH PAPA, JUDY BROWN, LAURIE BRLAS, GARY M. COHEN, MARC COUCKE, JACQUALYN A. FOUSE, ELLEN R. HOFFING, MICHAEL R. JANDERNOA, GERALD K. KUNKLE, JR., HERMAN MORRIS, JR., and DONAL O'CONNOR,<br><br>Defendants. | Case No. 2:16-cv-02805-MCA-LDW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MARC COUCKE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |

THIS MATTER having come before the Court upon the motion of defendant Marc Coucke, by and through his counsel, for an Order dismissing Plaintiffs' Amended Complaint for Violation of the Federal Securities Laws in the above-captioned action pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*.; the Court having reviewed all written submissions and arguments of counsel in support of and in opposition to the motion to dismiss; and for good cause shown:

IT IS on this \_\_\_\_ day of _____, 2017: ORDERED that the motion to dismiss is GRANTED, and Plaintiffs' Amended Complaint (Dkt. No. 89) is hereby DISMISSED as against Mr. Coucke with prejudice and without leave to amend.

_____
The Honorable Madeline Cox Arleo
United States District Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on August 25, 2017, I caused a copy of the foregoing [Proposed] Order Granting Motion to Dismiss Plaintiffs' Amended Complaint to be served via ECF upon counsel of record.

                                      */s/ Ryan M. Chabot*
                                      Ryan M. Chabot