SKOLOFF & WOLFE, P.C.
Jonathan W. Wolfe, Esq
Jane J. Felton, Esq.
293 Eisenhower Parkway, Ste. 390
Livingston, NJ 07039
(973)992-0900
jwolfe@skoloffwolfe.com
jfelton@skoloffwolfe.com

MILBANK TWEED HADLEY & McCLOY, LLP
Alan J. Stone, Esq. (*application for pro hac vice admission pending*)
28 Liberty Street
New York, NY 10005-1413
(212) 530-5285
astone@milbank.com

*Attorneys for defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerard K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>PERRIGO COMPANY PLC, JOSEPH PAPA, JUDY BROWN, LAURIE BRLAS, GARY M. COHEN, MARC COUCKE, JACQUALYN A. FOUSE, ELLEN R. HOFFING, MICHAEL R. JANDERNOA, GERALD K. KUNKLE, JR., HERMAN MORRIS, JR., and DONAL O'CONNOR,<br><br>Defendant. | Civil Action No.<br>2:16-cv-02805-MCA-LDW<br><br>**CERTIFICATION OF ALAN J. STONE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***<br><br>*Document Filed Electronically* |

ALAN J. STONE, of full age, being duly sworn according to law upon his oath, certifies:

1. I am a partner in the law firm of Milbank, Tweed, Hadley & McCloy LLP, located at 28 Liberty Street, New York, NY 10005-1413. I submit this certification in support of the present application for admission *pro hac vice* in this matter, pursuant to L. Civ. R. 101.1(c).

2. I am a member in good standing of the State Bar of New York and have been licensed to practice law in the State of New York since 1988. I am also admitted to the United States Court of Appeals for the Second Circuit, United States District Court for the District of Delaware, United States District Court for the Northern District of Illinois, and United States District Court for the Southern District of New York.

3. There are no disciplinary proceedings pending against me in any jurisdiction, nor has any discipline been previously imposed upon me in any jurisdiction. I am not currently nor have I ever been under suspension or disbarment from the practice of law.

4. I understand that as an attorney admitted *pro hac vice*, I shall have the continuing obligation during the period of such admission to promptly advise this Court of the institution of any disciplinary proceedings, and that I will be in the disciplinary jurisdiction of this Court.

5. I have been advising and counseling defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerard K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor in connection with the parties' dispute in this action and this litigation. I therefore have knowledge of the substantive issues and procedural history implicated in this matter.

6. I am associated in this matter with Jonathan W. Wolfe, Esq. and Jane J. Felton, Esq., of the firm of Skoloff & Wolfe, P.C., who are counsel of record for defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerard K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor, are admitted to practice in New Jersey, and are members in good standing of the bar of this Court.

7. I have read and am familiar with the Rules of this Court.

8. If admitted, I will make all payments to the New Jersey Lawyers' Fund for Client Protection as required by New Jersey Court Rule 1:28-2(a) and shall continue to make such payments for all years in which I continue to represent a client in a matter pending in this Court.

9. For the foregoing reasons, I respectfully request that the Court grant defendants Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerard K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor's application to permit me to appear *pro hac vice* in this matter.

I certify, under penalty of perjury, that the foregoing is true and correct.

MILBANK TWEED HADLEY & McCLOY, LLP

_____
Alan J. Stone, Esq.
28 Liberty Street
New York, NY 10005-1413
(212) 530-5285
astone@milbank.com

New York, New York
August 29, 2017