

**Michael B. Himmel**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: 646.414.6904
F: 973.597.6173
E: mhimmel@lowenstein.com

September 28, 2017

**VIA ECF**

Hon. Madeline Cox Arleo
United States District Judge
District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07102

Re:   *Roofer's Pension Fund v. Papa and Perrigo Company plc,*
      No. 2:16-cv-2805 (MCA) (LDW)

Dear Judge Arelo:

We write on behalf of Court-appointed Lead Plaintiff Perrigo Institutional Investor Group[1] in the above matter. On August 21, 2017, Defendants Laurie Brlas, Judy Brown, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael R. Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., Donal O'Connor, Joseph C. Papa, Perrigo Company PLC filed a Motion to Dismiss Lead Plaintiffs' Amended Complaint (ECF 114). On August 25, 2017, Defendant Marc Coucke also filed a Motion to Dismiss lead Plaintiffs' Amended Complaint (ECF 119). Lead Plaintiff's opposition to both these motions is currently due October 5, 2017.

We are submitting this letter to respectfully request minor modifications to the briefing procedure. As the Court may recall, Defendants were previously granted an extension of their page limits for their moving brief from 30 pages to 60 pages in 12 point Times New Roman ("TNR") (ECF 111). Defendant Coucke additionally submitted a separate brief that was the equivalent of 13.5 pages in 12 point TNR (ECF 119-1).[2] Thus, together, Defendants' opening briefing in support of their motions to dismiss totaled 73.5 pages. Rather than submit two separate briefs in opposition to the motions, Lead Plaintiff respectfully requests permission to file one omnibus opposition brief with a total page length not to exceed 65 pages in 12 point TNR.

---

[1] The "Perrigo Institutional Investor Group" includes Migdal Insurance Company Ltd., Migdal Makefet Pension and Provident Funds Ltd., Clal Insurance Company Ltd., Clal Pension and Provident Ltd., Atudot Pension Fund for Employees and Independent Workers Ltd., and Meitav DS Provident Funds and Pension Ltd.
[2] Defendant Couke's brief was 18 pages in 14 point TNR, which pursuant to Local Civil Rule 7.2, is equivalent to 13.5 pages in 12 point TNR.

---

NEW YORK     PALO ALTO     NEW JERSEY     UTAH     WASHINGTON, D.C.                Lowenstein Sandler LLP

Honorable Madeline Cox Arleo, U.S.D.J.                    September 28, 2017
Page 2

      Counsel for Defendants have indicated that they do not oppose this request.  If the request is acceptable to your Honor, we respectfully request this letter be "So Ordered."

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Michael B. Himmel*

Michael B. Himmel

cc:  All Counsel of Record (Via ECF)

**SO ORDERED**

_____
Hon. Madeline Cox Arleo
United States District Judge