# Greenbaum Rowe
# Smith & Davis LLP

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

October 31, 2017

*Via ECF*

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

Re: **Roofers' Pension Fund v. Papa and Perrigo Company PLC
Civil Action No. 2:16-cv-2805 (MCA)(LDW)**

Dear Judge Arleo:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc ("Perrigo") in the above-referenced matter.

On November 6, 2017, Perrigo and 10 of the 11 individual defendants will be filing one set of reply papers in further support of their motion to dismiss the amended complaint.[1] We write to seek the Court's approval of an extension of the page limit for the reply brief.

In August 2017, when Perrigo and the same 10 individual defendants filed their motion to dismiss, they sought an extension of the page limit for opening briefs from 30 to 60 pages in 12-point proportional font. Lead Plaintiff did not oppose the request. In September 2017, the Lead Plaintiff sought an extension from 30 pages to a total page length not to exceed 65 pages for its opposition brief. None of the defendants opposed that request. Your Honor granted both extension requests.

Under Local Civil Rule 7.2(b)-(d), reply briefs written in 12-point proportional font are limited to 11.25 pages in length. We respectfully request an extension of the page limit for the

---

[1] Individual defendant Marc Coucke filed his own motion to dismiss and will be filing his own reply papers.

**Greenbaum Rowe Smith Davis LLP**

Hon. Madeline Cox Arleo, U.S.D.J.
October 31, 2017
Page 2

reply brief from 11.25 to 25 pages (based upon a submission in 12-point proportional font). We request this extension of the page limit because of the need to address the arguments in Lead Plaintiff's 63 page opposition brief.

Lead Plaintiff has advised that it does not oppose this request.

Accordingly, we respectfully request that the Court consent to the modification of the page limit for the aforesaid defendants' reply brief in further support of their motion to dismiss.

Thank you for your time and consideration.

Respectfully yours,

Alan S. Naar

ASN:cd

cc: All counsel of record (*via ecf*)


SO ORDERED:

_____
Hon. Madeline Cox Arleo
United States District Judge