# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFER'S PENSION FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>PAPA, et al.,<br><br>*Defendant.* | Civil Action No. 16-2805<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Defendants Perrigo Company PLC ("Perrigo"), Joseph Papa, Judy Brown, Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerland K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor's Motion to Dismiss, ECF. No. 114, and Defendant Mark Coucke's Motion to Dismiss, ECF No. 119, the First Amended Complaint ("FAC"), ECF No. 89;

And the Court having considered the submissions of the parties;

And for the reasons stated in the accompanying opinion;

**IT IS** on this 27th day of July, 2018;

**ORDERED** Defendants Perrigo Company PLC ("Perrigo"), Joseph Papa, Judy Brown, Laurie Brlas, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerland K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor's Motion to Dismiss, ECF. No. 114, is **DENIED** with respect to Defendants Perrigo, Papa, and Brown and **GRANTED** without prejudice with respect to the remaining Defendants; and it is

**ORDERED** that Defendant Mark Coucke's Motion to Dismiss, ECF No. 119, is

**GRANTED** without prejudice.

                                              */s Madeline Cox Arleo*_____
                                              **MADELINE COX ARLEO**
                                              **UNITED STATES DISTRICT JUDGE**