

**Greenbaum Rowe Smith & Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

**ALAN S. NAAR**
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

August 9, 2018

<u>*Via ECF*</u>

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

      Re:    **Roofers' Pension Fund v. Papa and Perrigo Company PLC**
              **Civil Action No. 2:16-cv-2805 (MCA)(LDW)**

Dear Judge Wettre:

    This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc ("Perrigo") in the above-referenced matter.

    Enclosed is a Stipulation and [Proposed] Order Extending Time to Answer that has been agreed to by Lead Plaintiff, Perrigo Institutional Investment Group, and Defendants Perrigo, Joseph Papa, and Judy Brown (the "Remaining Defendants"). The Stipulation provides that the time for the Remaining Defendants to Answer the Amended Complaint is extended from August 10, 2018 to September 7, 2018. If the enclosed Stipulation meets with your Honor's approval, kindly "So Order" the Stipulation and have it entered on the docket.

    Thank you for your time and consideration.

                                                Respectfully yours,

                                                Alan S. Naar

ASN:cd
cc:    All counsel of record (*via ecf*)