## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW<br><br>ECF Case<br>Document Electronically Filed |

## **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER**

Lead plaintiff Perrigo Institutional Investment Group ("Lead Plaintiff") and Defendants Perrigo Company plc, Joseph Papa, and Judy Brown (collectively, the "Remaining Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on July 27, 2018, the Court granted in part and denied in part the defendants' motions to dismiss the Amended Complaint for Violation of the Federal Securities Law, dated June 21, 2017 (the "Amended Complaint") in the above-captioned action;

WHEREAS, the Court dismissed without prejudice the claims asserted in the Amended Complaint against defendants Laurie Brlas, Marc Coucke, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor;

WHEREAS, the Court did not dismiss all of the claims asserted in the Amended Complaint against the Remaining Defendants;

WHEREAS, the Remaining Defendants' answers to the Amended Complaint are currently due by August 10, 2018;

WHEREAS, Lead Plaintiff does not intend to further amend its complaint at this time;

WHEREAS, Lead Plaintiff and the Remaining Defendants agree that it would be appropriate to extend the Remaining Defendants' time to answer the Amended Complaint; and

WHEREAS, there have been no previous requests to adjourn this deadline;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the time for the Remaining Defendants to answer the Amended Complaint in the above-captioned action is hereby extended to September 7, 2018.

Dated:  August 9, 2018

| **LOWENSTEIN SANDLER LLP** | **GREENBAUM ROWE SMITH & DAVIS LLP** |
|---|---|
| */s/ Michael B. Himmel* <br> Michael B. Himmel <br> Michael T.G. Long <br> One Lowenstein Drive <br> Roseland, New Jersey  07068 <br> Telephone: (973) 597-2500 <br> Facsimile: (973) 597-2400 <br> mhimmel@lowenstein.com <br> mlong@lowenstein.com | */s/ Alan S. Naar* <br> Alan S. Naar <br> 99 Wood Avenue South <br> Iselin, New Jersey  08830 <br> Telephone: (732) 549-5600 <br> Facsimile: (732) 549-1881 <br> anaar@greenbaumlaw.com |
| **POMERANTZ LLP** | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** |
| Jeremy A. Lieberman (*pro hac vice*) <br> 600 Third Avenue <br> New York, NY  10016 <br> Telephone: (212) 661-1100 <br> Facsimile: (917) 463-1044 <br> jalieberman@pomlaw.com | James D. Wareham (*pro hac vice*) <br> James E. Anklam (*pro hac vice*) <br> 801 17th Street, NW <br> Washington DC 20006 <br> Telephone: (202) 639-7000 <br> Facsimile: (202) 639-7003 <br> james.wareham@friedfrank.com <br> james.anklam@friedfrank.com |
| Patrick V. Dahlstrom (*pro hac vice*) <br> Joshua B. Silverman (*pro hac vice*) <br> Omar Jafri (*pro hac vice*) <br> 10 South LaSalle Street, Suite 3505 <br> Chicago, Illinois  60603 <br> Telephone: (312) 377-1181 <br> Facsimile: (312) 377-1184 <br> pdahlstrom@pomlaw.com <br> jbsilverman@pomlaw.com <br> ojafri@pomlaw.com | Samuel P. Groner (*pro hac vice*) <br> One New York Plaza <br> New York, New York  10004 <br> Telephone: (212) 859-8000 <br> Facsimile: (212) 859-4000 <br> samuel.groner@friedfrank.com <br><br> *Counsel for Defendant Perrigo Company plc* |

<table>
<tr><td>

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**

James A. Harrod (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
1251 Avenue of the Americas
New York, New York  10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jim.harrod@blbglaw.com
jesse.jensen@blbglaw.com

*Counsel for Lead Plaintiff*

</td><td>

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Reed Brodsky*
Reed Brodsky (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Marshall R. King
200 Park Avenue
New York, New York  10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph Papa*

**SULLIVAN & CROMWELL LLP**

*/s/ John L. Hardiman*
John L. Hardiman (*pro hac vice*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

</td></tr>
</table>

SO ORDERED THIS ___ DAY OF _____, 2018

                                                                         _____
                                                                          Hon. Leda D. Wettre, U.S.M.J.