UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW <br><br> ECF Case <br> Document Electronically Filed |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER**

Lead plaintiff Perrigo Institutional Investment Group ("Lead Plaintiff") and Defendants Perrigo Company plc ("Perrigo"), Joseph Papa, and Judy Brown (collectively, the "Remaining Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on July 27, 2018, the Court granted in part and denied in part the defendants' motions to dismiss the Amended Complaint for Violation of the Federal Securities Law, dated June 21, 2017 (the "Amended Complaint") in the above-captioned action;

WHEREAS, the Court dismissed without prejudice the claims asserted in the Amended Complaint against defendants Laurie Brlas, Marc Coucke, Gary M. Cohen, Jacqualyn A. Fouse, Ellen R. Hoffing, Michael Jandernoa, Gerald K. Kunkle, Jr., Herman Morris, Jr., and Donal O'Connor;

WHEREAS, the Court did not dismiss all of the claims asserted in the Amended Complaint against the Remaining Defendants;

WHEREAS, on August 10, 2018, the Court adjourned the deadline for the Remaining Defendants to answer the Amended Complaint until September 7, 2018;

WHEREAS, Lead Plaintiff and the Remaining Defendants agree that it would be appropriate to extend Mr. Papa's and Ms. Brown's time to answer the Amended Complaint; and

WHEREAS, Lead Plaintiff and the Remaining Defendants agree that this extension does not affect the timing of Perrigo's answer, the parties' availability for a case management conference, or any other aspect of this litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, that the time for Mr. Papa and Ms. Brown to answer the Amended Complaint in the above-captioned action is hereby extended to September 14, 2018.

Dated:  September 6, 2018

**LOWENSTEIN SANDLER LLP**

  /s/ Michael T.G. Long
Michael B. Himmel
Michael T.G. Long
One Lowenstein Drive
Roseland, New Jersey  07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com

**POMERANTZ LLP**

Jeremy A. Lieberman (*pro hac vice*)
600 Third Avenue
New York, NY  10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com

Patrick V. Dahlstrom (*pro hac vice*)
Joshua B. Silverman (*pro hac vice*)

**GREENBAUM ROWE SMITH & DAVIS LLP**

  /s/ Alan S. Naar
Alan S. Naar
99 Wood Avenue South
Iselin, New Jersey  08830
Telephone: (732) 549-5600
Facsimile: (732) 549-1881
anaar@greenbaumlaw.com

**FRIED, FRANK, HARRIS, SHRIVER &
  JACOBSON LLP**

James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street, NW
Washington DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Omar Jafri (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois  60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
ojafri@pomlaw.com

**BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP**

James A. Harrod (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
1251 Avenue of the Americas
New York, New York  10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jim.harrod@blbglaw.com
jesse.jensen@blbglaw.com
angus.ni@blbglaw.com

*Counsel for Lead Plaintiff*

Samuel P. Groner (*pro hac vice*)
One New York Plaza
New York, New York  10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
samuel.groner@friedfrank.com

*Counsel for Defendant Perrigo Company plc*

**GIBSON, DUNN & CRUTCHER LLP**

 /s/ Aric H. Wu_____
Reed Brodsky (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Marshall R. King
200 Park Avenue
New York, New York  10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph Papa*

**SULLIVAN & CROMWELL LLP**

 /s/ Brian T. Frawley_____
John L. Hardiman (*pro hac vice*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

SO ORDERED THIS \_\_ DAY OF _____, 2018

_____
Hon. Leda D. Wettre, U.S.M.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:16-cv-02805-MCA-LDW <br><br> ECF Case <br> Document Electronically Filed <br><br> **CERTIFICATE OF SERVICE** |

I, **Michael P. Devlin**, of full age, do hereby declare as follows:

1. On September 6, 2018, I caused the Stipulation and [Proposed] Order Extending Time to Answer to be served on all counsel of record in the above-captioned matter via the Court's ECF system.

Dated: September 6, 2018

  */s/ Michael P. Devlin*
  Michael P. Devlin (pro hac vice)
  SULLIVAN & CROMWELL LLP
  125 Broad Street
  New York, NY 10004
  (202) 558-4000
  devlinm@sullcrom.com