**WHIPPLE AZZARELLO, LLC**
Attorneys at Law

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
whippleazzarellolaw.com

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey
and New York

November 27, 2018

<u>*VIA ECF*</u>

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

RE: *Mason Capital L.P., et al. v. Perrigo Company plc, et al.*, Civil Action No. 2:18-cv-1119 (MCA)(LDW); *Pentwater Equity Opportunities Master Fund Ltd., et al. v. Perrigo Company plc, et al.*, Civil Action No. 2:18-cv-01121 (MCA)(LDW)

Dear Judge Wettre:

      We represent Plaintiffs in the above-referenced actions (the "Mason and Pentwater Actions"), and we write to briefly update the Court on the status of the Mason and Pentwater Actions, which are being coordinated with the other pending actions against Perrigo Company plc in this Court. The parties in the Mason and Pentwater Actions recently filed stipulations in which they agreed that Defendants would not file motions to dismiss, and the parties would instead proceed with coordinated discovery. We anticipate that we will soon file letters concerning coordination and scheduling in the Mason and Pentwater Actions to be so-ordered, in accordance with what we understand has been the Court's preferred practice.

      Finally, we are familiar with the correspondence that has recently been submitted to Your Honor concerning the scope of discovery, and we join in the position set forth in Lead Plaintiff's letters dated November 14 and 19. We are also aware of, and plan to participate on, the conference call scheduled for November 28, 2018, and are happy to address any questions the Court may have regarding the Mason and Pentwater Actions.

Respectfully submitted,

<u>s/ John A. Azzarello</u>

John A. Azzarello

cc: All counsel of record (*via ECF*)