## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PERRIGO COMPANY PLC, JOSEPH C. PAPA, and JUDY BROWN,<br><br>  Defendants. | Civ. A. No.: 16-cv-2805-MCA-LDW<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD PLEASE TAKE NOTICE that on January 7, 2019, the undersigned attorneys for Lead Plaintiff Perrigo Institutional Investor Group ("Plaintiff"), will move before the United States District Court, District of New Jersey, Martin Luther King Courthouse, 50 Walnut Street, Newark, NJ 07101 for an order certifying this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), appointing Lead Plaintiff Perrigo Institutional Investor Group as Class Representative of the proposed Classes, and appointing Pomerantz LLP and Bernstein Litowitz Berger & Grossmann LLP as Class Counsel and Lowenstein Sandler LLP as Liaison Counsel;

PLEASE TAKE FURTHER NOTICE that a Memorandum of Law and declarations of Joshua B. Silverman, Zachary Nye, Ph.D., and Amir Licht in support of this application are filed herewith.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Dated:  November 30, 2018                              Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

*/s/* Michael T.G. Long
Michael B. Himmel
Michael T.G. Long
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com

*Liaison Counsel for Plaintiff*

**POMERANTZ LLP**

Joshua B. Silverman (*pro hac vice*)
Omar Jafri (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
jbsilverman@pomlaw.com
ojafri@pomlaw.com

Jeremy A. Lieberman (*pro hac vice*)
Jonathan Lindenfeld
600 Third Avenue
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jlindenfeld@pomlaw.com

*Co-Lead Counsel for Plaintiff*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
James A. Harrod (*pro hac vice*)
Jesse L. Jensen (*pro hac vice)*
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jim.harrod@blbglaw.com
jesse.jensen@blbglaw.com

*Co-Lead Counsel for Plaintiff*