**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROOFERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERRIGO COMPANY PLC, JOSEPH C. PAPA, and JUDY BROWN,<br><br>Defendants. | Civ. A. No.: 16-cv-2805-MCA-LDW<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

Upon consideration of Lead Plaintiff's Motion for Class Certification, the Memorandum of Law and all papers filed in support thereof, and all other pleadings and arguments before the Court, and the Court having found that the requirements of Federal Rules of Civil Procedure 23(a), (b)(3) and (g) are satisfied,

**IT IS HEREBY ORDERED THAT:**

1. Lead Plaintiff's Motion is GRANTED;

2. Pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3), the U.S. Purchaser Class, the TASE Purchaser Class, and the Tender Offer Class (each as defined in Lead Plaintiff's Motion) (the "Classes") are each hereby certified as a class, and this action is hereby certified to proceed as a class action;

3. As to each Class, Lead Plaintiff Perrigo Institutional Investor Group is hereby appointed as Class Representative; and

4. As to each Class, Pomerantz LLP and Bernstein Litowitz Berger & Grossmann LLP are hereby appointed as Class Counsel, and Lowenstein Sandler LLP is hereby appointed as

Liaison Counsel.

**SO ORDERED.**

Dated: _____

                                      Signed: _____
                                                       Honorable Madeline Cox Arleo
                                                       United States District Judge
                                                       District of New Jersey