

**Greenbaum Rowe Smith ⚓ Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

March 26, 2019

*__Via ECF__*

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

> **Re:   Roofers' Pension Fund v. Papa and Perrigo Company PLC**
> **Civil Action No. 2:16-cv-2805 (MCA)(LDW)**
> **Scheduling of Class Certification Briefing**

Dear Judge Wettre:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc in the above-referenced matter.  We write on behalf of all parties to request an amendment to the remainder of the briefing schedule related to Lead Plaintiff's motion for class certification because of the need to complete certain discovery relating to the class certification.  The initial schedule was set forth in ECF 168, filed December 11, 2018.

We have conferred with counsel for Lead Plaintiff who has authorized us to state that Lead Plaintiff agrees with the amended briefing schedule as set forth below.

| Brief | Current Due Date | Proposed Due Date |
|---|---|---|
| Defendants' Response to Lease Plaintiff's Motion for Class Certification | March 29, 2019 | April 17, 2019 |
| Lead Plaintiff's Reply in Further Support of its Motion for Class Certification | May 17, 2019 | June 5, 2019 |



Hon. Leda Dunn Wettre, U.S.D.J.
March 26, 2019
Page 2


The parties respectfully request that if the amended schedule set forth above is acceptable, the Court "So Order" this letter below.

Thank you for your time and consideration.

Respectfully yours,

Alan S. Naar

ASN:cd
cc:     All counsel of record (*via ecf*)


So Ordered on this _____ day of March, 2019


_____
Hon. Leda Dunn Wettre, U.S.M.J.