# Greenbaum Rowe
# Smith & Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9853

**ALAN S. NAAR**
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

March 26, 2019

*Via ECF*

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ  07102

      Re:    **Roofers' Pension Fund v. Papa and Perrigo Company PLC**
              **Civil Action No. 2:16-cv-2805 (MCA)(LDW)**
              **Scheduling of Class Certification Briefing**

Dear Judge Wettre:

        This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc in the above-referenced matter. We write on behalf of all parties to request an amendment to the remainder of the briefing schedule related to Lead Plaintiff's motion for class certification because of the need to complete certain discovery relating to the class certification. The initial schedule was set forth in ECF 168, filed December 11, 2018.

        We have conferred with counsel for Lead Plaintiff who has authorized us to state that Lead Plaintiff agrees with the amended briefing schedule as set forth below.

| Brief | Current Due Date | Proposed Due Date |
|---|---|---|
| Defendants' Response to Lease Plaintiff's Motion for Class Certification | March 29, 2019 | April 17, 2019 |
| Lead Plaintiff's Reply in Further Support of its Motion for Class Certification | May 17, 2019 | June 5, 2019 |


Greenbaum Rowe Smith & Davis LLP

Hon. Leda Dunn Wettre, U.S.D.J.
March 26, 2019
Page 2

The parties respectfully request that if the amended schedule set forth above is acceptable, the Court "So Order" this letter below.

Thank you for your time and consideration.

Respectfully yours,

Alan S. Naar

ASN:cd
cc:   All counsel of record (*via ecf*)

So Ordered on this 27th day of March, 2019

Hon. Leda Dunn Wettre, U.S.M.J.