

One Lowenstein Drive
Roseland, New Jersey 07068

T: 973 422 6726
F: 973 422 6727
E: mlong@lowenstein.com

April 1, 2019

**By ECF**

Hon. Leda Dunn Wettre
United States District Court for the
 District of New Jersey
Martin Luther King Building &
 U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Roofers' Pension Fund v. Papa, et al.*,
 Civil Action No. 16-2805 (MCA) (LDW)

Dear Judge Wettre:

We write on behalf of Lead Plaintiff, with the consent of Defendant Perrigo.

On March 11, 2019, Lead Plaintiff filed a letter (D.E. 180) that attached as Exhibit A (D.E. 180-1) material that Perrigo had designated as "Confidential." Pursuant to the Local Rules and the Protective Order entered by this Court, Lead Plaintiff filed the letter and exhibits under temporary seal with the intention of filing a motion to seal Exhibit A. Since that time, Lead Plaintiff and Perrigo have conferred and reached an agreement that Exhibit A does not need to be under seal. Accordingly, Lead Plaintiff will not be filing a motion to seal Exhibit A (D.E. 180-1).

However, during the Parties' discussion, Perrigo requested that Lead Plaintiff redact information about the identity of a Perrigo employee discussed in Lead Plaintiff's March 11, 2019 letter (D.E. 180). While the Parties disagree about whether that information is confidential, in the spirit of compromise, Lead Plaintiff has agreed to file a redacted copy of that letter, attached here. For the Court's convenience, we hereby file both the redacted copy of the letter and the accompanying exhibits.

Respectfully submitted,

*/s/ Michael T.G. Long*

Michael T.G. Long

NEW YORK   PALO ALTO   NEW JERSEY   UTAH   WASHINGTON, D.C.   Lowenstein Sandler LLP