UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFER'S PENSION FUND, *On behalf of itself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH C. PAPA, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>16-2805 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of discovery dispute letters submitted by the parties (ECF Nos. 180, 181), and the Court having issued rulings on this dispute on the record during an April 12, 2019 telephone conference, and for good cause shown,

**IT IS, on this 17th day of April 2019,**

**ORDERED** Perrigo shall produce from the Government investigation production, subject to objection from the Government (which Perrigo shall inform of this Order within 7 days hereof), non-privileged documents responsive to searches using the relevant period and search terms as agreed to by the parties (modified to include terms related to two additional products specified on the record), and without limitation by custodian; and it is further

**ORDERED** that defendants' production shall be substantially completed by **June 3, 2019,** and production shall be completed by **July 1, 2019.**

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge