**Other Events**

2:16-cv-02805-MCA-LDW
ROOFER'S PENSION FUND, v.
PAPA et al

LEAD,RULE16,SCHEDO



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAY - 7  A 4: 22

## U.S. District Court

### District of New Jersey [LIVE]

### Notice of Electronic Filing

The following transaction was entered on 4/25/2019 at 2:32 PM EDT and filed on 4/24/2019
**Case Name:**         ROOFER'S PENSION FUND, v. PAPA et al
**Case Number:**       2:16-cv-02805-MCA-LDW
**Filer:**
**Document Number:** 192

**Docket Text:**
**Transcript of Teleconference held on April 12, 2019, before Magistrate Judge Leda Dunn
Wettre. Transcriber: King Transcription Services (973-237-6080). NOTICE REGARDING
(1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO
REDACT AND SEAL: The parties have seven (7) calendar days to file with the Court a
Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2
(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions
thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the
event `Redact and Seal Transcript/Digital Recording`. Redaction Request to
Transcription Agency due, but not filed, by 5/15/2019. Redacted Transcript Deadline set
for 5/28/2019. Release of Transcript Restriction set for 7/23/2019. (jml, )**


**2:16-cv-02805-MCA-LDW Notice has been electronically mailed to:**

ALAN S. NAAR    anaar@greenbaumlaw.com, cdevito@greenbaumlaw.com

BRIAN THOMAS FRAWLEY    frawleyb@sullcrom.com, brian-frawley-1057@ecf.pacerpro.com,
s&cmanagingclerk@sullcrom.com

DANIEL S. SOMMERS    dsommers@cohenmilstein.com, efilings@cohenmilstein.com

GARY S. GRAIFMAN    ggraifman@kgglaw.com, jbrody@kgglaw.com, mprovost@kgglaw.com

JANE J. FELTON    jfelton@skoloffwolfe.com, bgold@skoloffwolfe.com, ckeene@skoloffwolfe.com

JONATHAN DAVID LINDENFELD    jlindenfeld@pomlaw.com, abarbosa@pomlaw.com,
disaacson@pomlaw.com, egoodman@pomlaw.com

JONATHAN W. WOLFE    jwolfe@skoloffwolfe.com, ckeene@skoloffwolfe.com

KENNETH ANDREW BRADY    Kenneth.Brady@wilmerhale.com

MARSHALL R. KING    mking@gibsondunn.com, aarias@gibsondunn.com, MAO@gibsondunn.com

MICHAEL B. HIMMEL    mhimmel@lowenstein.com, eesposito@lowenstein.com, ehendrickson@lowenstein.com, jfuria@lowenstein.com, mvazquez@lowenstein.com

MICHAEL THOMAS GRAY LONG    mlong@lowenst ein.com, eesposito@lowenstein.com, mvazquez@lowenstein.com

PETER GEORGE SAFIRSTEIN    psafirstein@safirsteinmetcalf.com, emetcalf@safirsteinmetcalf.com

PETER S. PEARLMAN    PSP@njlawfirm.com, mdms@njlawfirm.com

**2:16-cv-02805-MCA-LDW Notice has been sent by regular U.S. Mail:**

GOUTAM UMESH JOIS
GIBSON DUNN & CRUTCHER LLP
200 PARK AVENUE
NEW YORK, NY 10166

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=4/25/2019] [FileNumber=12482328-0] [0ce4e23cfad1dfbeb5830290674a4653dc9188dc676385e5b1387a2977e11298c3 17e4d6eb386b135a15ccc594d2d2d8270e9ecf3ace8831b6563222b94db8a0]]

**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
FILED

2019 MAY -7 A 11: 22

G. Goutam Umesh Iris
LP

X-RAYED

RTS

NO Long

745

neopost
04/26/2019
**US POSTAGE** $00.50⁰

ZIP 07102
041L11246772



NIXIE      100    CE 1      0105/03/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC:  07101        *1145-00197-27-31