# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Marshall R. King
Direct: +1 212.351.3905
Fax: +1 212.351.5243
MKing@gibsondunn.com

May 21, 2019

VIA ECF

The Honorable Leda Dunn Wettre
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Roofers' Pension Fund v. Papa, et al.*, Civil Action No. 2:16-cv-2805 (MCA)(LDW)

Dear Judge Wettre:

Gibson, Dunn & Crutcher LLP ("Gibson Dunn") represents Defendant Joseph C. Papa in the above-captioned matter. This letter is to inform the Court that Goutam Jois has withdrawn as counsel for Mr. Papa because he has left the employment of Gibson Dunn. Gibson Dunn will continue to represent Mr. Papa in this matter.

This change will not prejudice any of the parties involved. Upon endorsement of this letter by the Court, the Clerk of the Court will terminate the appearance of Mr. Jois.

Respectfully,


/s/ Marshall R. King
Marshall R. King


cc:  All Counsel of Record (*Via CM/ECF*)