

| | Michael T.G. Long<br>**Partner** | One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>T: 973 422 6726<br>F: 973 422 6727<br>E: mlong@lowenstein.com |

May 24, 2019

**By ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Roofers' Pension Fund v. Papa, et al.*,
                Civil Action No. 16-2805 (MCA) (LDW)

Dear Judge Arleo:

We are liaison counsel for the Lead Plaintiff in the above-captioned matter. We write to request a page limit extension for Lead Plaintiff's reply brief in support of its motion for class certification, which is due on June 5, 2019, from the fifteen (15) pages of 14-point proportional font permitted by default under local rules, to twenty (20) pages of 14-point proportional font. Lead Plaintiff believes this short extension is necessary to adequately reply to the arguments raised in Defendants' 39-page response brief. We have conferred with Defendants' counsel, who inform us that they do not object to the proposed extension.

Respectfully submitted,

*/s/ Michael T.G. Long*

Michael T.G. Long


        Date: _____      It is SO ORDERED.

                                       _____
                                       Hon. Madeline Cox Arleo

