**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 2:16-cv-02805-MCA-LDW |
| Plaintiffs, | ECF Case |
| v. | Document Electronically Filed |
| PAPA, *et al.*, | |
| Defendants. | |
| CARMINGNAC GESTION, S.A., | Civil Action No. 2:17-cv-10467-MCA-LDW |
| Plaintiff, | |
| v. | |
| PERRIGO COMPANY PLC, *et al.*, | |
| Defendants. | |
| FIRST MANHATTAN CO., | Civil Action No. 2:18-cv-02291-MCA-LDW |
| Plaintiff, | |
| v. | |
| PERRIGO COMPANY PLC, *et al.*, | |
| Defendants. | |
| HAREL INSURANCE CO., LTD., *et al.*, | Civil Action No. 2:18-cv-02074-MCA-LDW |
| Plaintiff, | |
| v. | |
| PERRIGO COMPANY PLC, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| MANNING & NAPIER ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:18-cv-00674-MCA-LDW |
| MASON CAPITAL, L.P. AND MASON CAPITAL LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:18-cv-01119-MCA-LDW |
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:18-cv-01121-MCA-LDW |
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civil Action No. 2:18-cv-08175-MCA-LDW |

| | |
|---|---|
| NATIONWIDE MUTUAL FUNDS, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　　　v. <br><br>PERRIGO COMPANY PLC, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 2:18-cv-15382-MCA-LDW |
| WCM ALTERNATIVES: EVENT-DRIVEN FUND, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　　　v. <br><br>PERRIGO COMPANY PLC, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 2:18-cv-16204-MCA-LDW |
| HUDSON BAY MASTER FUND LTD, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　　　v. <br><br>PERRIGO COMPANY PLC, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 2:18-cv-16206-MCA-LDW |
| SCHWAB CAPITAL TRUST, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　　　v. <br><br>PERRIGO COMPANY PLC, *et al.*, <br><br>　　　　　Defendants. | Civil Action No. 2:19-cv-03973-MCA-LDW |

| | |
|---|---|
| ABERDEEN CANADA FUNDS – GLOBAL EQUITY FUND, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>     Defendants. | Civil Action No. 2:19-cv-06560-MCA-LDW |

**DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO MOTION
FOR ISSUANCE OF LETTER ROGATORY**

GREENBAUM, ROWE, SMITH
  & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, NJ  08830
(732) 476-2530

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street, NW
Washington, DC  20006
(202) 639-7000

Samuel P. Groner (*pro hac vice*)
One New York Plaza
New York, NY  10004
(212) 859-8000

*Attorneys for Defendant Perrigo Company plc*

GIBSON, DUNN & CRUTCHER LLP
Reed Brodsky (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Marshall R. King
200 Park Ave
New York, NY  10166
(212) 351-4000

*Attorneys for Defendant Joseph Papa*

SULLIVAN & CROMWELL LLP
John L. Hardiman (*pro hac vice*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice*)
125 Broad Street
New York, NY 10004
(202) 558-4000

*Attorneys for Defendant Judy Brown*

Defendants Perrigo Company plc ("Perrigo"), Joseph Papa, and Judy Brown respectfully submit this memorandum of law and accompanying Declaration of James E. Anklam in response to the Motion for Issuance of Letter Rogatory seeking Belgian Court assistance to obtain documents and testimony from Marc Coucke by Lead Plaintiffs'[1] and Plaintiffs in the multiple Individual Actions. Dkt. 191.

## INTRODUCTION

On June 7, 2019, Lead Plaintiffs in the Class Action joined by multiple Plaintiffs in multiple Individual actions moved this Court to issue a letter rogatory to obtain information and testimony from Marc Coucke ("Coucke"). As explained in Lead Plaintiffs' supporting memorandum of law, Defendants do not oppose the request and indeed intend to propound their own questions to Mr. Coucke. (*See* Dkt. 191 at 9.) In the interests of efficiency, *see* Fed. R. Civ. P. 1, Perrigo respectfully requests that this Court issue Lead Plaintiffs' letter rogatory with the inclusion of the questions and exhibits attached as Schedule A to the Declaration of James E. Anklam dated June 17, 2019.

## ARGUMENT

A primary consideration for a federal court when evaluating a request to issue a letter rogatory to obtain information from a witness outside of the United States is whether the information sought would be properly discoverable under the Federal Rules of Civil Procedure, *i.e.*, whether the requesting party seeks non-privileged information that is relevant and that does not impose a burden disproportionate to the needs of the case. *See* Fed. R. Civ. P. 26; *Lantheus Med. Imaging, Inc. v. Zurich Am. Ins. Co.*, 841 F. Supp. 2d 769, 776–77 (S.D.N.Y. 2012); *see*

---

[1] Lead Plaintiffs consist of the following three groups: Migdal Insurance Company Ltd., Migdal Makefet Pension and Provident Funds Ltd. (collectively, "Migdal"), Clal Insurance Company Ltd., Clal Pension and Provident Ltd., and Atudot Pension Fund for Employees and Independent Workers Ltd. (collectively, "Canaf-Clal"), and Meitav DS Provident Funds and Pension Ltd ("Meitav").

1

*also Margulis v. Hertz Corp.*, Civil Action No. 14-1209 (JMV), 2016 WL 4009819, at *2 (D.N.J. July 25, 2016) (Falk, M.J.).  Defendants agree that the issuance of a letter rogatory is appropriate provided all parties have an opportunity to submit questions to the witness.  Defendants ask that this Court, in its discretion, permit the inclusion of additional requests by Defendants that are relevant to the claims and defenses in this matter and proportional to the needs of the actions.  *See Margulis*, 2016 WL 4009819, at *2 ("Ultimately, the decision to issue letters rogatory is a discretionary one.").  Defendants seek information from Mr. Coucke on topics related to Plaintiffs' proposed questions and in order to further elicit information from Mr. Coucke that is relevant to the issues raised in this action by Plaintiffs' claims and the defenses.

      Like the Plaintiffs, Defendants would prefer if the deposition can be conducted in accordance with the usual practices under Fed. R. Civ. P. 30 and request that the letter rogatory so state.  However, if the Belgian Court system does not provide for questioning by counsel for the parties, Defendants believe that Fed. R. Civ. P. 31 (deposition by written question) can be used as a substitute procedure.  In this regard, Defendants propose that this Court request that the Belgian Court (if permissible under Belgian rules) keep the questions confidential until they are propounded to the witness during the proceeding.  *See* Fed. R. Civ. P. 31(a)(3) & (5) and (b) (providing that the parties exchange the proposed questions in advance) and Fed. R. Civ. P. 30(c)(3) (providing for delivery of the questions in a sealed envelope to the examining officer).  This Court should also request that the deposition be taken by a method that results in a verbatim transcript of the questions asked and the responses given.  Defendants also propose that the Court request that the examination occur in the presence of counsel for the parties (Belgian counsel and if possible U.S. counsel as well).

In an effort to consolidate Plaintiffs' and Defendants' proposed requests to Mr. Coucke, Defendants have created a revised proposed letter rogatory for the Court's review that contains the document requests (Plaintiffs' Schedule A) and requests for examination and questions (Plaintiffs' Schedule B) filed by Lead Plaintiffs on June 7, 2019 (Dkt. 200–03), along with Defendants requests for examination and questions (Defendants' Schedule C).  The exhibits for Plaintiffs' questions can be found in their filing made on June 7, 2019.  Defendants' exhibits are attached to the Declaration of James E. Anklam filed herewith.

## CONCLUSION

For these reasons, the Court should issue the letter rogatory proposed by Plaintiffs, as modified by Defendants, including Defendants' additional questions, in accordance with the procedures described herein.


Dated:  June 17, 2019

                                          By:  */s Alan S. Naar*
                                               Alan S. Naar

GREENBAUM, ROWE, SMITH
 & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, NJ  08830
(732) 476-2530
anaar@greenbaumlaw.com

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street, NW
Washington, DC  20006
(202) 639-7000

3

                    james.wareham@friedfrank.com
                    james.anklam@friedfrank.com

                    Samuel P. Groner (*pro hac vice*)
                    One New York Plaza
                    New York, NY 10004
                    (212) 859-8000
                    samuel.groner@friedfrank.com

                    *Attorneys for Defendant Perrigo Company plc*

Dated: June 17, 2019        By: */s Marshall R. King*
                                 Marshall R. King

                    GIBSON, DUNN & CRUTCHER LLP
                    Reed Brodsky (*pro hac vice*)
                    Aric H. Wu (*pro hac vice*)
                    Marshall R. King
                    200 Park Ave
                    New York, NY 10006
                    (212) 351-4000
                    rbrodsky@gibsondunn.com
                    awu@gibsondunn.com
                    gjois@gibsondunn.com

                    *Attorneys for Defendant Joseph Papa*

Dated: June 17, 2019        By: */s Brian T. Frawley*
                                 Brian T. Frawley

                    SULLIVAN & CROMWELL LLP
                    John L. Hardiman (*pro hac vice*)
                    Brian T. Frawley
                    Michael P. Devlin (*pro hac vice*)
                    125 Broad Street
                    New York, NY 10004
                    (202) 558-4000
                    hardimanj@sullcrom.com
                    frawleyb@sullcrom.com
                    devlinm@sullcrom.com

                    *Attorneys for Defendant Judy Brown*