# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ROOFER'S PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>PAPA, et al.,<br><br>          Defendants. | No. 16-CV-2805-MCA-LDW<br><br>**NOTICE OF JOINT MOTION TO SEAL A PORTION OF CLASS CERTIFICATION PAPERS** |

PLEASE TAKE NOTICE that on July 15, 2019 at 10:00 am, or as soon thereafter as counsel may be heard, lead plaintiff Perrigo Institutional Investment Group ("Lead Plaintiff") and defendant Perrigo Company plc ("Perrigo") shall move before the Honorable Leda Dunn Wettre, Magistrate Judge, United States District Court, District of New Jersey, for an Order pursuant to L. Civ. R. 5.3 sealing the portions of class certification papers that each identifies on the Index annexed hereto as Exhibit 1, and granting such further relief as the Court may deem appropriate.

PLEASE TAKE FURTHER NOTICE that in support of the portion of the Joint Motion addressing Lead Plaintiff's requests to seal, Lead Plaintiff will rely on the accompanying Declaration of Joshua B. Silverman and Memorandum of Law, both dated June 19, 2019, and in support of the portion of the Joint Motion addressing Perrigo's requests to seal, Perrigo will rely on the accompanying Declaration of James E. Anklam and Letter Brief, both dated June 19, 2019.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

Dated:   June 19, 2019     Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

*/s/* Michael T.G. Long

Michael B. Himmel
Michael T.G. Long
65 Livingston Avenue
Roseland, New Jersey  07068
Telephone: (973) 597-2500
Facsimile: (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com

*Liaison Counsel for Plaintiff*

**POMERANTZ LLP**
Patrick V. Dahlstrom (*pro hac vice*)
Joshua B. Silverman (*pro hac vice*)
Omar Jafri (*pro hac vice*)
10 South LaSalle Street
Suite 3505
Chicago, Illinois  60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
jbsilverman@pomlaw.com
ojafri@pomlaw.com

Jeremy A. Lieberman (*pro hac vice*)
Jonathan Lindenfeld
600 Third Avenue
New York, New York  10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jlindenfeld@pomlaw.com

*Co-Lead Counsel for Plaintiff*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
James A. Harrod (*pro hac vice*)

        Jesse L. Jensen (*pro hac vice*)
        1251 Avenue of the Americas
        New York, NY  10020
        Telephone: (212) 554-1400
        Facsimile: (212) 554-1444
        jim.harrod@blbglaw.com
        jesse.jensen@blbglaw.com

        *Co-Lead Counsel for Plaintiff*


        **GREENBAUM, ROWE, SMITH**
        **  & DAVIS LLP**

        */s/* Alan S. Naar

        Alan S. Naar
        99 Wood Avenue South
        Iselin, New Jersey 08830
        (732) 476-2530
        anaar@greenbaumlaw.com


        **FRIED, FRANK, HARRIS, SHRIVER**
        **  & JACOBSON LLP**
        James D. Wareham (*pro hac vice*)
        James E. Anklam (*pro hac vice*)
        801 17th Street, NW
        Washington, DC 20006
        (202) 639-7000
        james.wareham@friedfrank.com
        james.anklam@friedfrank.com


        Samuel P. Groner (*pro hac vice*)
        One New York Plaza
        New York, New York 10004
        (212) 859-8000
        samuel.groner@friedfrank.com

        *Attorneys for Defendant Perrigo Company plc*