Fried, Frank, Harris, Shriver & Jacobson LLP

# FRIED FRANK

801 17th Street, NW
Washington, DC 20006
Tel: +1.202.639.7000
Fax: +1.202.639.7003
www.friedfrank.com

Direct Line: +1.202.639.7042
Email: james.anklam@friedfrank.com

June 26, 2019

Hon. Leda Dunn Wettre
United States District Court for the
  District of New Jersey
Martin Luther King Building &
  U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: *Roofer's Pension Fund v. Papa, et al.*, No. 16-CV-2805-MCA-LDW
**Agreed Request to Extend Certain Deadlines**

Dear Judge Wettre:

This firm, together with Greenbaum, Rowe, Smith & Davis LLP, represents Defendant Perrigo Company plc ("Perrigo") in the above-captioned action. With the consent of all parties, we write to respectfully request an extension from July 1, 2019 to August 30, 2019 of the production completion deadline, an extension of the September 16, 2019 fact discovery deadline to December 16, 2019 in the above-captioned action, and an extension of the November 15, 2019 fact discovery deadline in the Individual Actions to February 15, 2020.[1]

On April 18, 2019, the Court ordered that Defendants meet a substantial production completion deadline of June 3, 2019, and a production completion deadline of July 1, 2019. Dkt. 190. Perrigo met the substantial production completion deadline, producing over 1.8 million pages in this action as of June 3, 2019. Since then, Perrigo has made additional productions so that the total production now exceeds 1.9 million pages. Perrigo anticipates making a further production on July 1, 2019.

---

[1] The Individual Actions are: *Carmignac Gestion, S.A. v. Perrigo Co. plc et al.*, No. 2:17-cv-10467 (D.N.J.); *Manning & Napier Advisors, LLC v. Perrigo Co. plc et al.*, No. 2:18-cv-00674 (D.N.J.); *Mason Capital L.P. et al. v. Perrigo Co. plc et al.*, No. 2:18-cv-01119 (D.N.J.); *Pentwater Equity Opportunities Master Fund Ltd. et al. v. Perrigo Co. plc et al.*, No. 2:18-cv-01121 (D.N.J.); *Harel Insurance Company, Ltd. et al. v. Perrigo Co. plc et al.*, No. 2:18-cv-02074 (D.N.J.); *First Manhattan Co. v. Perrigo Co. plc et al.*, No. 2:18-cv-02291 (D.N.J.); *TIAA-CREF Investment Management, LLC et al. v. Perrigo Co. plc et al.*, No. 2:18-cv-08175 (D.N.J.); *Nationwide Mutual Funds et al. v. Perrigo Co. plc et al.*, No. 2:18-cv-15382 (D.N.J.); *WCM Alternatives: Event-Driven Fund et al. v. Perrigo Co. plc et al.*, No. 2:18-cv-16204 (D.N.J.); *Hudson Bay Master Fund Ltd. et al. v. Perrigo Co. plc et al.*, No. 2:18-cv-16206 (D.N.J.); *Schwab Capital Trust et al. v. Perrigo Co. plc et al.*, No. 2:19-cv-03973 (D.N.J.); *Aberdeen Canada Funds-Global Equity Fund et al. v. Perrigo Co. plc et al.*, No. 2:19-cv-06560 (D.N.J.).

Fried, Frank, Harris, Shriver & Jacobson LLP

Hon. Leda Dunn Wettre
June 26, 2019
Page 2

On May 31, 2019, three days before the substantial completion deadline, Lead Plaintiffs requested that Perrigo add thirteen additional custodians with respect to search terms focused on generic prescription drug pricing allegations. On June 14, 2019, Lead Plaintiffs requested that Perrigo add two more additional custodians, for a total of fifteen additional custodians. After meeting and conferring in good faith, the parties agreed on June 20, 2019 to the addition of thirteen of these additional custodians provided that the production deadlines were extended.

With respect to these thirteen additional custodians, Perrigo anticipates that it can complete the collection, search, review, and production of responsive materials by August 30, 2019. The parties met and conferred in good faith regarding extending the production and fact discovery deadlines and agreed on June 26, 2019 to seek the Court's approval of both an August 30, 2019 production completion deadline and a December 16, 2019 fact discovery deadline (February 15, 2020 for the Individual Actions).

Separately, Perrigo is currently in the process of preparing a privilege log with respect to documents from the previously-agreed-upon custodians and anticipates that this process will not be complete by July 1, but will be complete well in advance of the proposed August 30, 2019 production completion deadline. As Perrigo prepares its privilege log, Perrigo is continuing to evaluate all documents identified as privileged in order to apply redactions where possible or to release documents in full where possible. As such, there likely will be some number of documents from the previously-agreed-upon custodians that will be produced after July 1, in addition to the documents from the thirteen additional custodians.

For these reasons, the parties respectfully request that the July 1, 2019 production completion deadline be extended to August 30, 2019, that the fact discovery deadline for the above-captioned action be extended from September 16, 2019 to December 16, 2019, and that the fact discovery deadline for the Individual Actions be extended from November 15, 2019 to February 15, 2020.

Respectfully submitted,

James E. Anklam

and

GREENBAUM, ROWE, SMITH & DAVIS LLP

Alan S. Naar

cc via ECF: Counsel for All Parties
18807928

**So Ordered**
this 27th day of June 2019
Leda D. Wettre, USMJ