IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PERRIGO COMPANY, PLC, *et al.*,<br><br>                    Defendants. | Civil Action No. 2:16-cv-2805-MCA-LDW |

[PROPOSED] ORDER

Upon consideration of the United States' Motion to Intervene, as well as all related filings, *and no opposition having been received, and the parties consenting hereto*, it is hereby ORDERED that the United States shall be allowed to intervene in this civil action pursuant to Rule 24 of the Federal Rules of Civil Procedure. The Clerk shall terminate the motion at ECF No. 215.

IT IS SO ORDERED.

Date: 9/4/19

Leda Dunn Wettre, USMJ
~~Honorable Madeline Cox Arleo~~
~~United States District Judge~~