

## Greenbaum Rowe Smith & Davis LLP
### COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
747 THIRD AVENUE
2ND FLOOR
NEW YORK, NY 10017
(212) 847-9858

**ALAN S. NAAR**
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

November 12, 2019

*Via ECF*

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

Re:    See attachment hereto

Dear Judge Wettre:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP ("Fried Frank"), represents defendant Perrigo Company plc ("Perrigo") in the actions referenced in the attachment to this letter.

Perrigo has filed Pro Hac Vice Motions for R. David Gallo, Esq. of Fried Frank in each of the listed actions. We have confirmed that there is no opposition to the Motions.

Respectfully yours,

/s/ Alan S. Naar

Alan S. Naar

ASN:cd
Enclosure
cc:    All Counsel



Hon. Leda Dunn Wettre, U.S.D.J.
November 12, 2019
Page 2

## ATTACHMENT A

*Roofer's Pension Fund v. Papa, et al.*, No. 2:16-cv-2805 (MCA)(LDW)

*Carmignac Gestion, S.A. v. Perrigo Company plc, et al.*, No. 2:17-cv-10467-MCA-LDW

*Manning & Napier Advisors, LLC v. Perrigo Company plc, et al.*, No. 2:18-cv-674-MCA-LDW

*Mason Capital L.P., et al. v. Perrigo Co. plc, et al.*, No. 2:18-cv-1119-MCA-LDW

*Pentwater Equity Opportunities Master Fund Ltd., et al. v. Perrigo Co. plc, et al.*, No. 2:18-cv-1121-MCA-LDW

*Harel Insurance Company, Ltd., et al. v. Perrigo Company plc, et al.*, 2:18-cv-2074-MCA-LDW

*First Manhattan Co. v. Perrigo Company plc, et al.*, No. 2:18-cv-2291-MCA-LDW

*TIAA-CREF Investment Management, LLC, et al. v. Perrigo Company plc, et al.*, No. 2:18-cv-8175-MCA-LDW

*Nationwide Mutual Funds, et al. v. Perrigo Company plc, et al.*, No. 2:18-cv-15382-MCA-LDW

*WCM Alternatives: Event-Driven Fund, et al. v. Perrigo Co., plc, et al.*, No. 2:18-cv-16204-MCA-LDW

*Hudson Bay Master Fund Ltd., et al. v. Perrigo Co., plc, et al.*, No. 2:18-cv-16206-MCA-LDW

*Schwab Capital Trust, et al. v. Perrigo Co. plc, et al.*, No. 2:19-cv-3973-MCA-LDW

*Oz Master Fund Ltd., et al. v. Perrigo Co. plc, et al.*, No. 2:19-cv-4900

*Aberdeen Canada Funds -- Global Equity Fund, et al. v. Perrigo Co. plc, et al.*, No. 2:19-cv-6560-MCA-LDW