**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROOFERS' PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY, PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:16-cv-2805-MCA-LDW |
| CARMIGNAC GESTION, S.A., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civ. A. No. 2:17-CV-10467-MCA-LDW |
| FIRST MANHATTAN CO., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civ. A. No. 2:18-CV-02291-MCA-LDW |

| | |
|---|---|
| MANNING & NAPIER ADVISORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civ. A. No. 2:18-CV-00674-MCA-LDW |
| NATIONWIDE MUTUAL FUNDS, on behalf of its series NATIONWIDE GENEVA MID CAP GROWTH FUND and NATIONWIDE S&P 500 INDEX FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civ. A. No. 2:18-CV-15382-MCA-LDW |
| ABERDEEN CANADA FUNDS – GLOBAL EQUITY FUND, a series of ABERDEEN CANADA FUNDS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>Defendants. | Civ. A. No. 2:19-cv-06560-MCA-LDW |

| | |
|---|---|
| SCHWAB CAPITAL TRUST on behalf of its series SCHWAB S&P 500 INDEX FUND, SCHWAB TOTAL STOCK MARKET INDEX FUND, SCHWAB FUNDAMENTAL U.S. LARGE COMPANY INDEX FUND, and SCHWAB HEALTH CARE FUND, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>        Defendants. | Civ. A. No. 2:19-cv-03973-MCA-LDW |
| HAREL INSURANCE COMPANY, LTD., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>PERRIGO CO. PLC, *et al.*,<br><br>        Defendants. | Civil Action No. 2:18-cv-02074-MCA-LDW |
| TIAA-CREF INVESTMENT MANAGEMENT, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>PERRIGO CO. PLC, *et al.*,<br><br>        Defendants. | Civil Action No. 2:18-cv-08175-MCA-LDW |

| | |
|---|---|
| OZ MASTER FUND, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO., PLC, *et al.*, <br><br> Defendants. | Civ. A. No. 19-cv-04900-MCA-LDW |
| MASON CAPITAL L.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO., PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:18-CV-01119-MCA-LDW |
| PENTWATER EQUITY OPPORTUNITIES MASTER FUND, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO CO., PLC, *et al.*, <br><br> Defendants. | Civil Action No. 2:18-CV-01121-MCA-LDW |

| | |
|---|---|
| WCM ALTERNATIVES: EVENT-DRIVEN FUND, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PERRIGO CO., PLC, *et al.*,  )<br>)<br>Defendants.  ) | Civil Action No. 2:18-cv-16204-MCA-LDW |
| HUDSON BAY MASTER FUND LTD, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PERRIGO CO., PLC, *et al.*,  )<br>)<br>Defendants.  ) | Civil Action No. 2:18-cv-16206-MCA-LDW |

PLEASE TAKE NOTICE that Katherine L. St. Romain is entering her appearance as co-counsel for Defendant Perrigo Co., plc.

Dated: December 10, 2019

Respectfully submitted,

/s/ Katherine L. St. Romain
Katherine L. St. Romain
FRIED, FRANK, HARRIS, SHRIVER
    & JACOBSON LLP
801 17th Street, NW
Washington, DC  20006
Phone:  (202) 639-7000
Facsimile:  (202) 639-7003

Katherine.st.romain@friedfrank.com

*Counsel for Defendant Perrigo Co., plc*