**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROOFER'S PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>                -vs-<br><br>PAPA, et al.,<br><br>                              Defendants. | No. 16-CV-2805-MCA-LDW<br><br>**NOTICE OF PERRIGO'S MOTION TO SEAL PORTIONS OF LETTERS DATED FEBRUARY 26, 2020** |

PLEASE TAKE NOTICE that on April 6, 2020, or as soon thereafter as counsel may be heard, defendant Perrigo Company plc ("Perrigo") shall move before the Honorable Leda Dunn Wettre, Magistrate Judge, United States District Court, District of New Jersey, for an Order pursuant to L. Civ. R. 5.3 sealing the portions of Lead Plaintiffs' letter of February, 26 2020 (ECF 249, filed under temporary seal) and the portions of Defendants' letter of February 26, 2020 (ECF 250, filed under temporary seal) (collectively, the "Letters") that the respective parties identify on the index annexed hereto as Exhibit 1 and granting such further relief as the Court may deem appropriate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Perrigo relies upon the Declaration of R. David Gallo in Support of Perrigo's Motion to Seal Portions of Letters Dated February 26, 2020, Dated March 11, 2020 and a Letter Brief dated March 11, 2020.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

/s/Alan S. Naar
Alan S. Naar

GREENBAUM ROWE & SMITH
  & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, New Jersey 08830
(732) 476-2530
anaar@greenbaumlaw.com

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
James D. Wareham *(pro hac vice)*
James E. Anklam *(pro hac vice)*
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner *(pro hac vice)*
One New York Plaza
New York, New York 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Attorneys for Defendant Perrigo Company plc*

Dated: March 11, 2020

2

**Exhibit 1**

*Roofer's Pension Fund v. Papa, et al.,* Civ. No. 2:16-cv-2805 (MCA)(LDW)
INDEX TO MOTION TO SEAL -- REGARDING THE PARTIES' FEBRUARY 26, 2020 LETTERS TO THE COURT

| Defendants' requested redactions | | | | | |
|---|---|---|---|---|---|
| **Material** | **Basis for Sealing** | **Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted** | **Why Less Restrictive Alternative is not available** | **Prior Sealing** | **Party in Opposition to Sealing, if any, and basis** |
| Defendants' February 26, 2020 Letter, with respect to the paragraph on page two beginning with "Among the document requests" and ending with "actions shortly thereafter." | Confidentiality | Confidential information regarding Defendant's business operations would be exposed. | Redactions already limited to confidential information. | Yes | No opposition |
| Defendants' February 26, 2020 Letter, with respect to the final paragraph on page three (continuing onto page four) beginning with "On February 10" and ending with "provided to plaintiffs." | Confidentiality | Confidential information regarding Defendant's business operations would be exposed. | Redactions already limited to confidential information. | Yes | No opposition |
| Defendants' February 26, 2020 Letter, Attachment A | Non-public discovery materials; Relates to ongoing government investigation. | Non-public discovery materials would be exposed; Sensitive information regarding the Government's investigation would be exposed. | Redactions already limited to confidential and sensitive information. | Yes | No opposition |

**Exhibit 1**

*Roofer's Pension Fund v. Papa, et al.,* Civ. No. 2:16-cv-2805 (MCA)(LDW)

INDEX TO MOTION TO SEAL -- REGARDING THE PARTIES' FEBRUARY 26, 2020 LETTERS TO THE COURT

| Class Plaintiffs' requested redactions | | | | | |
|---|---|---|---|---|---|
| **Material** | **Basis for Sealing** | **Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted** | **Why Less Restrictive Alternative is not available** | **Prior Sealing** | **Party in Opposition to Sealing, if any, and basis** |
| February 26, 2020 Letter, with respect to the second to last sentence in the final paragraph on page one beginning with "that if the United States" and ending with "deposition should be stayed." | The DOJ asserts that the information relates to ongoing government investigation. | The DOJ asserts that confidential information regarding the Government's investigation would be exposed. | Redactions already limited to sensitive information regarding government investigation. | Yes | No Opposition |
| February 26, 2020 Letter, with respect to the portion of the first sentence in the first paragraph on page two beginning with "particularized justification" and ending with "be stayed." | The DOJ asserts that the information relates to ongoing government investigation. | The DOJ asserts that confidential information regarding the Government's investigation would be exposed. | Redactions already limited to sensitive information regarding government investigation. | Yes | No Opposition |
| February 26, 2020 Letter, with respect to the portion of the third sentence in the first paragraph on page two beginning with "all ten" and ending with "stayed." | The DOJ asserts that the information relates to ongoing government investigation. | The DOJ asserts that sensitive information regarding the Government's investigation would be exposed. | Redactions already limited to sensitive information regarding government investigation. | Yes | No Opposition |

Exhibit 1

*Roofer's Pension Fund v. Papa, et al.,* Civ. No. 2:16-cv-2805 (MCA)(LDW)

INDEX TO MOTION TO SEAL -- REGARDING THE PARTIES' FEBRUARY 26, 2020 LETTERS TO THE COURT

| Class Plaintiffs' requested redactions cont. | | | | | |
|---|---|---|---|---|---|
| **Material** | **Basis for Sealing** | **Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted** | **Why Less Restrictive Alternative is not available** | **Prior Sealing** | **Party in Opposition to Sealing, if any, and basis** |
| February 26, 2020 Letter, Exhibit 1 | The DOJ asserts that the information relates to ongoing government investigation. | The DOJ asserts that sensitive information regarding the Government's investigation would be exposed. | Redactions already limited to sensitive information regarding government investigation. | Yes | No Opposition |

3