

| | | |
|---|---|---|
| | **Michael B. Himmel**<br>Partner | One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>**T**: 646.414.6904172<br>**F**: 973.597.6173173<br>**E**: mhimmel@lowenstein.com |

June 22, 2020

**VIA ECF**

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Roofers' Pension Fund v. Papa, et al.*,
              Civil Action No. 16-2805 (MCA) (LDW)

Dear Judge Wettre:

We write on behalf of Lead Plaintiff and Class Representative Perrigo Institutional Investor Group (together with class members, "Plaintiffs").

At the status conference held via Zoom on June 18, 2020, the Court directed the parties to discuss a schedule for filing letter briefs addressing the disputed Rule 30(b)(6) deposition. After conferring, the parties propose that Perrigo's letter brief be due **June 26, 2020** and Plaintiffs' response be due **July 3, 2020**.

If this request meets with the Court's approval, we would appreciate if Your Honor would execute the "So Ordered" provision below and have this letter entered on the docket by the Clerk of the Court.

Respectfully submitted,
*/s/ Michael B. Himmel*
Michael B. Himmel

cc: All Counsel of Record (Via ECF)

                                              **SO ORDERED**: 6/23/2020

                                              */s/ Leda Dunn Wettre*
                                              Hon. Leda Dunn Wettre, U.S.M.J.