# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROOFERS' PENSION FUND, *on behalf of itself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH C. PAPA, *et al.*,<br><br>Defendants. | Civil Action No.<br><br>16-2805 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of the parties' February 18, 2021 joint letter (ECF No. 340); and for good cause shown;

**IT IS** on this day, February 22, 2021, **ORDERED** that:

1. Defendants Perrigo, Papa, and Brown shall each file their combined *Daubert* and summary judgment motions on or before **April 9, 2021**.

2. Lead Plaintiff shall file its opposition brief(s) to defendants' *Daubert* and summary judgment motions on or before **June 3, 2021**.

3. Defendants shall file their reply briefs in further support of their *Daubert* and summary judgment motions on or before **July 7, 2021**.

4. There will be no further extensions of these filing deadlines.

                                              *s/ Leda Dunn Wettre*
                                              Hon. Leda Dunn Wettre
                                              United States Magistrate Judge