UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: JULIEN XAVIER NEALS, USDJ          Date: 4/7/2022
Court Reporter: Melissa Mormile             Civil No: 2:16-cv-2805

Title of the Case:

ROOFER's PENSION FUND,
v.
JOSEPH C. PAPA, et al

Appearances:

Joshua B. Silverman, Michael B. Himmel, James A. Harrod, Jesse L. Jensen, Thomas Pryzybylowski, Attorneys for Plaintiffs
Samuel P. Groner, Alan S. Naar, John L. Hardiman, Michael P. Devlin, Reed Brodsky, David Crowley-Buck, Katherine Lustberg St. Romain, James E. Arklam, James Wareham, Attorneys for Defendants

**Nature of Proceedings**:

Oral Argument on Motions for Summary Judgment [342][344][346][350][351]

Lunch Break

Oral Argument on Daubert Motions

Court Reserves Opinion

<u>Kimberly Darling, Courtroom Deputy</u>
to the Honorable Julien Xavier Neals, USDJ

Time Commenced: 10:00 am
Time Concluded:   4:45 pm
Total Time: 6 Hours 45 Min